UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:20-CV-618-FL

| | |
|---|---|
| SAMUEL STEVEN LESTER, | ) |
| | ) |
| Plaintiff, | ) PLAINTIFF'S MOTION TO |
| | ) REMAND FOR LACK OF |
| v. | ) DIVERSITY JURISDICTION |
| | ) |
| VALLEY PROTEINS, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

Pursuant to 28 U.S.C. § 1447(c), Plaintiff moves this Court to remand the above-captioned action to the North Carolina Superior Court for the County of Cumberland, from which it was improvidently removed. Defendants removed the action on the basis of diversity jurisdiction. As explained in the accompanying Memorandum of Law, however, complete diversity is lacking because Plaintiff is a citizen of North Carolina, and so too is Defendant with its principal place of business in North Carolina.

This the 17th day of December, 2020.

THOMPSON & THOMPSON, P.C.

/s/ Kennedy L. Thompson
Kennedy L. Thompson
NC State Bar No. 28125
E-mail: kthompson@thompsonandthompsonlaw.com
E.C. Thompson, III
NC State Bar No. 4357
E-mail: jthompson@thompsonandthompsonlaw.com
P.O. Box 901
Warsaw, NC 28398
Telephone: (910) 293-3124
Facsimile: (910) 293-7171

And

**LAW OFFICES OF WADE BYRD, P.A.**

/s/ Wade E. Byrd
Wade E. Byrd
NC State Bar No. 5534
E-mail: wbyrd@wadebyrdlaw.com
P.O. Drawer 2797
Fayetteville, NC 28302-2797
Telephone: (910) 323-2555
Facsimile: (910) 323-9694

*Attorneys for Plaintiff*

2

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:20-CV-618-FL

| | |
|---|---|
| SAMUEL STEVEN LESTER, | ) |
| Plaintiff, | ) |
| v. | ) CERTIFICATE OF SERVICE |
| VALLEY PROTEINS, INC., | ) |
| Defendant. | ) |

I hereby certify that on the 17th day of December 2020, I electronically filed the foregoing **Motion to Remand** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participant (s):

Brian M. Williams
NC State Bar no.: 28869
Bwilliams@ymwlaw.com
Yates McLamb & Weyher, LLP
P O Box 2889
Raleigh, NC 27602

Jennifer D. Maldonado
NC State Bar no.: 25708
jmaldonado@ymwlaw.com
Yates McLamb & Weyher, LLP
P O Box 2889
Raleigh, NC 27602

Respectfully submitted.

**THOMPSON & THOMPSON, P.C.**

/s/ Kennedy L. Thompson
Kennedy L. Thompson
NC State Bar No. 28125
E-mail: kthompson@thompsonandthompsonlaw.com
E.C. Thompson, III
NC State Bar No. 4357
E-mail: jthompson@thompsonandthompsonlaw.com
P.O. Box 901
Warsaw, NC 28398
Telephone: (910) 293-3124
Facsimile: (910) 293-7171

And

**LAW OFFICES OF WADE BYRD, P.A.**

/s/ Wade E. Byrd
Wade E. Byrd
NC State Bar No. 5534
E-mail: wbyrd@wadebyrdlaw.com
P.O. Drawer 2797
Fayetteville, NC 28302-2797
Telephone: (910) 323-2555
Facsimile: (910) 323-9694

*Attorneys for Plaintiff*

4